AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

**FILED**
Feb 5 2025

Clerk, U.S. District Court
Western District of Texas

By: _____ *MG* _____
Deputy

| | | |
|---|---|---|
| **USA** | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: **EP:25-M -00473(1)  ATB** |
| | § | |
| **(1) PEDRO JESUS GARCIA-CARRILO** | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 04, 2025** in **Hudspeth** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, did, knowing that certain persons, are aliens, bring to or attempt to bring to the United States in any manner whatsoever such persons at a place other than a designated port of entry or place other than as designated by the Commissioner, regardless of whether such aliens have received prior official authorization to come to, enter, or reside in the United States and regardless of any future official action which may be taken with respect to certain aliens, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(i)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *" On February 4, 2025, at approximately 1:15 a.m., in the Western District of Texas, Agents were advised of a group of a possible illegal aliens traversing though the desert near mile marker 93 on "*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/S/ MACIAS, J. CHRISTIAN
Signature of Complainant
Border Patrol Agent

February 5, 2025
File Date

at  EL PASO, Texas
City and State

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN
AT 01:12 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:25-M -00473(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) PEDRO JESUS GARCIA-CARRILO**

_FACTS   (CONTINUED)_

Interstate 10, west of Sierra Blanca, Texas. A Sierra Blanca Agent responded to the area and encountered a female attempting to conceal herself in the brush. The Agent identified himself as a United States Border Patrol Agent and questioned the female as to her citizenship.  The female readily admitted to being a citizen of Guatemala without the proper immigration documents to be in or remain in the United States legally. The Agent placed the female under arrest at approximately 1:45 a.m. The Agent advised the other responding Agents that there were footprints of numerous subjects that remained outstanding.

An Agent out of the Fort Hancock Border Patrol Station, arrived in the area and began searching utilizing a night vision mobile truck. The Agent advised the responding Agents that he had visual of five subjects just south of the location the apprehended female attempting to hide in the brush. The Agents were guided by the Agent that had visual to the area he saw the subjects.  When the Agents arrived at the area, they located the five subjects. The Agents identified themselves as a United States Border Patrol Agents and questioned all the subjects individually as to their citizenship.  Four of the subjects readily admitted to being citizens of Guatemala and the last subject admitting to being a citizen of Mexico, all without the proper immigration documents to be in or remain in the United States legally. All subjects were placed under arrest and transported to Big Bend Sector Central Processing Center-West located at the Sierra Blanca Border Patrol Station for processing and disposition.

At the Central Processing Center, GARCIA-CARRILO, Pedro Jesus was interviewed and stated he spoke and understood the Spanish language. GARCIA-CARRILO was advised of his rights utilizing CBP Form I-214 (Warning as to Rights). GARCIA-CARRILO acknowledged understanding of his rights by signing CBP Form I-214 and stated that he was willing to answer questions without a lawyer present. The interview was recorded with picture and audio.

GARCIA-Carrilo's initial interview began with many inconsistencies. When GARCIA-Carrilo was confronted about the inconsistencies in his interview, GARCIA-Carrilo freely admitted of being the guide of the group. GARCIA-Carrilo stated that he used a phone's map to guide the group. He stated that he used the phone belonging to a member of the group he was guiding because his phone did not have service. GARCIA-Carrilo stated he knew all the people in the group were illegally present in the United States. GARCIA-Carrilo also stated that he knew what he was doing was illegal. When GARCIA-Carrilo was asked how much money he was going to get paid, GARCIA-Carrilo stated he was not sure, but he was going to get paid once he returned to Porvenir, Chihuahua.

**Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

IMMIGRATION HISTORY:

**NONE**

CRIMINAL HISTORY:

**NONE**